NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**WILLIAM DEAN CARPENTER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2015-5014

_____

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00836-TCW, Judge Thomas C. Wheeler.

_____

**ON MOTION**

_____

**O R D E R**

William Dean Carpenter moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    CARPENTER v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21